Wesley M. Cleveland, appellee, v. Reconstruction Finance Corporation, appellant. Gen. No. 39,215.

Opinion filed October 20, 1937.

Lee Walker, R. A. Bullinger, Harold S. Walters and A. A. Armstrong, for appellant. Charles A. Phelps and George E. Fitzgerald, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Louis P. O'Connell, appellant, v. Roy O. West and Percy B. Eckhart, trading as West and Eckhart, appellees. Gen. No. 39,285.

Opinion filed October 20, 1937. Rehearing denied November 2, 1937.

Louis P. O'Connell, pro se; John A. Brown, of counsel. Deneen & Massena, for appellees; Charles S. Deneen and Marshall A. Pipin, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

People of the State of Illinois, defendant in error, v. Harry Gahagan, plaintiff in error. Gen. No. 39,325.

Opinion filed October 20, 1937. Rehearing denied November 2, 1937.

Thomas J. O'Malley, Jr. and McCarthy & Toomey, for plaintiff in error; John E. Toomey and James C. O'Brien, Jr., of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin Starkle Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.